```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 10142
   GLENDORA THOMAS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-9151


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 11/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was converted to chapter 7 after confirmation 05/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
NEW AGE FURNITURE         SECURED           318.86         .00           88.88
COOK COUNTY TREASURER     SECURED              .00         .00             .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG       .00          .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE   1891.35          .00          1891.35
COUNTRYWIDE HOME LOANS I  NOTICE ONLY    NOT FILED         .00             .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG       .00          .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE   5000.00          .00          2986.96
WILSHIRE CREDIT CORP      NOTICE ONLY    NOT FILED         .00             .00
AMERICASH LOANS LLC       UNSECURED       1055.03          .00             .00
ARCHER HEIGHTS CREDIT UN  UNSECURED        923.98          .00             .00
DAVIDS BRIDAL             UNSECURED      NOT FILED         .00             .00
ECAST SETTLEMENT CORP     UNSECURED        622.44          .00             .00
SMC                       UNSECURED        428.81          .00             .00
II DESIGNATED             UNSECURED      NOT FILED         .00             .00
MONEY ASSET MGMT          UNSECURED      NOT FILED         .00             .00
OVERLAND BOND & INVESTME  UNSECURED       2844.35          .00             .00
DEPENDON COLLECTION SE    UNSECURED      NOT FILED         .00             .00
PAYDAY                    UNSECURED      NOT FILED         .00             .00
PAYDAY SELECT             UNSECURED      NOT FILED         .00             .00
QUEST COMMUNICATIONS      UNSECURED      NOT FILED         .00             .00
RADIOLOGICAL PHYSICIANS   UNSECURED      NOT FILED         .00             .00
FAST CASH                 UNSECURED      NOT FILED         .00             .00
WORLD FINANCIAL NETWORK   UNSECURED        218.21          .00             .00
WORLD FINANCIAL NETWORK   UNSECURED        331.93          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         94.35          .00             .00
ZIPCASH                   UNSECURED      NOT FILED         .00             .00
OVERLAND BOND & INVESTME  SECURED NOT I   2600.00          .00             .00
ISAC IDAPP                UNSECURED      16241.69          .00             .00
WFNNB/ ASHLEY STEWART     UNSECURED        285.88          .00             .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,954.00                       2,954.00
TOM VAUGHN                TRUSTEE                                         478.81
DEBTOR REFUND             REFUND                                        1,800.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10142 GLENDORA THOMAS
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                10,200.00

PRIORITY                                             .00
SECURED                                         4,967.19
UNSECURED                                            .00
ADMINISTRATIVE                                  2,954.00
TRUSTEE COMPENSATION                              478.81
DEBTOR REFUND                                   1,800.00
                       ---------------        ---------------
TOTALS                 10,200.00                10,200.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 08/22/07                  /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE